United States District Court
For The District Of Massachusetts
First Circuit

Monnerville Rome,
Petitioner

Vs.

Alberto R. Gonzales
Attorney General
Respondent

MAGISTRATE JUDGE __LTS__

05 11473 MEL

Case file No:
Immigration file No:
A-79-677-523

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED __N/A__
LOCAL RULE 4.1 __-__
WAIVER FORM __-__
MCF ISSUED __-__
BY DPTY. CLK. __M.P.__
DATE __7/12/2005__

Petition for Review

The above-named Petitioner hereby petitions for review by this court of the final order of removal/deportation entered by the Board of Immigration and the Immigration Judge. Under INA §§ 241 (A)(5) or 238(b) on 5-13-2005. please check the deportees JE law, that was sign in 2000, for it does not apply in today stander rules. The Country Condition have change, and more hostility are done to criminal deportees than before. This petition is timely filed pursuant to 8 USC. § 1252(b)(1) and II RAIRA § 309 (c)(4)(c) as it is filed within 30 days of the final order of removal/deportation

Dated: July 11, 2005

Respectfully Submitted,

*[signature]* Rene pro-se

Monnerville Rene
26 Long Pond Rd.
Plymouth, MA. 02360