UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MONNERVILLE RENE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 05-11473-MEL |
| | ) |
| ALBERTO R. GONZALES, | ) |
| | ) |
| Respondent. | ) |

**ORDER FOR TRANSFER PURSUANT TO THE REAL ID ACT OF 2005**

On July 12, 2005, the Clerk's office received a pleading captioned as a Petition for Review, in which petitioner Monnerville Rene seeks review of a final order of removal issued by an immigration judge in Boston.[1] In the caption of the petition, Rene refers to this Court as well as to the First Circuit Court of Appeals. It is unclear where Rene intended to file his petition.

Rene's intent, however, is irrelevant in light of the fact that section 106(c) of the REAL ID Act of 2005, H.R.1268, 109th Cong. (2005), Pub. L. No. 109-13, Div. B, 119 Stat. 231, enacted on May 11, 2005, explicitly provides that judicial review of removal orders rests exclusively in the United States Court of Appeals for the circuit in which the removal proceedings took place. Thus, the Court lacks jurisdiction to entertain Rene's petition.

Accordingly, it is hereby ORDERED that this action be TRANSFERRED forthwith to the Court of Appeals for the First Circuit.

_____          _____
DATE                                                  UNITED STATES DISTRICT JUDGE

---

[1] Rene did not indicate the venue of his removal proceedings, but the Department of Homeland Security has indicated that the proceedings took place in Boston.